**IT IS ORDERED as set forth below:**



Date: March 27, 2018

_____
Susan D. Barrett
Chief United States Bankruptcy Judge
Southern District of Georgia

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                                    )    Chapter 13 Case No. __18-10077__
                                                     )
Margaret Allen                                       )
                                                     )
                                                     )
                                                     )
Debtor(s)

ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐   Denied and the case is dismissed.

　　☐   Without prejudice;
　　☐   With prejudice against refiling for 180 days;
　　☐   Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐   Granted upon condition that:

　　☐   Debtor pay $ _____ by _____;
　　☐   Debtor pay $_____ per _____ until _____;

100

Chapter 13 Case No. __18-10077__
Page 2

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☒ Continued to __5-1-2018__ at __3:30 pm__ ~~a.m.~~

☐ With payments of $ _____ per _____ in the interim;

☐ Upon payment of $ _____ by _____;

☐ Debtor's counsel is ordered to file a modified plan by _____;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☒ Upon condition that Debtor(s):

Santander Consumer USA Inc. dba Chrysler Capital shall be paid adequate protection payments of $210/month. Said payments to be disbursed by the Trustee.

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☐ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Submitted by:

_Cortney R Elam_
Chapter 13 Trustee/Attorney for
Huon Le, **Cortney Elam**, Jane Miller
13-01 (Rev. 7/05)