**IT IS ORDERED as set forth below:**



Date: May 15, 2018

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                )          Chapter 13 Case No. __18-10077__
                                 )
MARGARET W. ALLEN                )
                                 )
                                 )
         Debtor(s)               )

## ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐   Denied and the case is dismissed.

  ☐   Without prejudice;

  ☐   With prejudice against refiling for 180 days;

  ☐   Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐   Granted upon condition that:

  ☐   Debtor pay $ _____ by _____;

  ☐   Debtor pay $_____per _____ until _____;

Chapter 13 Case No. 18-10077

Page 2

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☒ Continued to JUNE 20, 2018 at 2:00 p.m.

☐ With payments of $ _____ per _____ in the interim;

☐ Upon payment of $ _____ by _____;

☒ Debtor's counsel is ordered to file a modified plan by MAY 11, 2018 ;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☐ Upon condition that Debtor(s):

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☐ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Submitted by:

_____

Chapter 13 Trustee/Attorney for

Huon Le, Cortney Elam, Jane Miller

13-01 {Rev. 7/05}